**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREAT WEST CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2018 CV 06156 |
| | ) | Honorable Judge John Kness |
| vs. | ) | |
| | ) | |
| EVANS DELIVERY COMPANY, INC. d/b/a | ) | |
| LAND TRANSPORTATION, VIPER TRANS, INC. | ) | |
| PREDRAG RADISAVLJEVIC, CYNTHIA KROFT, | ) | |
| MARK KROFT | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

GREAT WEST CASUALTY COMPANY ("Great West") and EVANS DELIVERY COMPANY, INC. d/b/a LAND TRANSPORTATION ("Evans"), VIPER TRANS, INC. ("Viper"), PREDRAG RADISAVLJEVIC ("Predrag"), CYNTHIA KROFT, and MARK KROFT (collectively ("Krofts"), hereby stipulate to dismissal of this lawsuit pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

1. Great West filed its Complaint for Declaratory Relief in this lawsuit on September 7, 2018, seeking a ruling on the application of insurance policies issued to Viper Trans, Inc. for claims asserted by the Krofts against Evans. All claims involving Evans' alleged liability have been resolved, as have all claims regarding Evans right to coverage. The lawsuit before this Court did not involve questions as to coverage provided to Viper and Predrag.

2. The Parties hereby stipulate that all claims asserted in this matter shall be dismissed with prejudice and without costs, interest, or attorneys' fees and without waiver of any claims not asserted in this lawsuit.

3. Great West, Evans, Viper, Predrag, and the Krofts hereby provide their stipulation and notice to this Court of dismissal of this lawsuit, pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii).

4. This dismissal does not pertain to any questions of coverage for Viper and Predrag, nor to any issue as to the settlement efforts as to the asserted liability of Viper and Predrag as may be raised in other litigation.

| | |
|---|---|
| Dated: February 26, 2021 | Respectfully submitted,<br><br>*/s/ Siobhan M. Murphy*<br>Siobhan M. Murphy<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>550 W. Adams, Suite 300<br>Chicago, IL 60661<br>Ph: (312) 345-1718<br>Fax: (312) 345-1778<br>Siobhan.Murphy@lewisbrisbois.com<br>*Attorneys for Plaintiff, Great West Casualty Company* |
| Dated: February 26, 2021 | *James B. Walton*<br>James B. Walton<br>**GUNTY & McCARTHY**<br>150 S. Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>P: (312) 541-0022<br>F: (312) 541-0033<br>james.walton@guntymccarthy.com<br>*Attorney for Defendant, Evans Delivery Company* |
| Dated: February 26, 2021 | */s/ Bryan L. Bradley*<br>Bryan L. Bradley<br>**KENNETH J. ALLEN LAW GROUP, LLC**<br>3700 E. Lincoln Highway<br>Merrillville, IN 46410<br>Ph: (219) 736-6292<br>blb@Allen.law<br>*Attorneys for Defendant, Mark & Cynthia Kroft* |

| | |
|---|---|
| Dated: February 26, 2021 | */s/ Michael T. Terwillinger* <br> Michael T. Terwillinger <br> **WHITTEN LAW OFFICE** <br> 450 Vale Park Road <br> Valparaiso, IN 46385 <br> Ph: (219) 531-6719 <br> mtwillinger@indycounsel.com <br> *Attorneys for Defendant, Viper Trans, Inc. and Predrag Rodisavljevic* |

4844-2388-3486.1   3